United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OMAR ZAVALETA ACOSTA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-05215** |
| | § | |
| **TODD BLANCHE,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Respondents are **ORDERED** to provide an updated response to Petitioner's petition for habeas corpus (ECF No. 1) in light of the Fifth Circuit's vacation of the panel opinion in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026). The response should contain all of the information originally requested in this Court's Order for Answer (ECF No. 4). Respondents are ordered to provide this response on or before **July 17, 2026**. If Petitioner wishes to reply, any reply must be filed on or before **July 21, 2026**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 10, 2026.

_____
Keith P. Ellison
United States District Judge