United States District Court
Southern District of Texas

**ENTERED**

July 23, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **OMAR ZAVALETA ACOSTA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-05215** |
| | § | |
| **TODD BLANCHE,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Parties may file a supplemental brief addressing the Fifth Circuit's recent order in *Sosnava Rodriguez v. Ortega*, No. 26-50183, Dkt. 199-1 (5th Cir. July 21, 2026) (order granting "Appellants' opposed motion for stay of the district court judgments pending rehearing *en banc*") by July 28, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 22, 2026.

Keith P. Ellison
United States District Judge

1 / 1